THE PEOPLE OF THE STATE OF NEW YORK ex rel. RANSOM QUA, Respondent, *v.* JOHN E. GAFFNEY, as Sewer, Water and Street Commissioner of the Village of Saratoga Springs, et al., Appellants.

*People ex rel. Qua* v. *Gaffney*, 142 App. Div. 122, affirmed.
(Argued February 7, 1911; decided February 21, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered Jan-

uary 5, 1911, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant commissioner to annul his appointment of defendant James Morrissey to the office of street superintendent of the village of Saratoga Springs and to appoint the relator to said office.

*John A. Slade* for appellants.

*Edgar T. Brackett* and *Luther A. Wait* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.